| AO 10 Rev. 1/2021 |
|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) WIENER, JR., JACQUES L. | 2. Court or Organization US COURT OF APPEALS 5TH CIRCUIT | 3. Date of Report 06/30/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE 5TH CIRCUIT COURT-SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

| 7. Chambers or Office Address |
|---|
| US COURT OF APPEALS BLDG 600 CAMP STREET, ROOM 244 NEW ORLEANS, LA 70130 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR OFFICER | COUNCIL, LOUISIANA STATE LAW INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | THE BENEFITS PRACTICE (ATTORNEY/PARTNER) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   SEE PART VIII | SEE PART VIII | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH: (H) | | | | | | | | | |
| 2. BANCORPSOUTH ACCOUNT #1 | A | Interest | M | T | | | | | |
| 3. BANCORPSOUTH ACCOUNT #3 | | None | J | T | | | | | |
| 4. REGIONS BANK ACCOUNT #1 | A | Interest | K | T | | | | | |
| 5. REGIONS BANK ACCOUNT #2 | A | Interest | K | T | | | | | |
| 6. STEPHENS INC BANKSWEEP PROGRAM #1 | C | Interest | P1 | T | | | | | |
| 7. STEPHENS INC BANKSWEEP PROGRAM #2 | A | Interest | M | T | | | | | |
| 8. | | | | | | | | | |
| 9. MUTUAL FUNDS: (H) | | | | | | | | | |
| 10. AB GLOBAL BOND FUND | D | Dividend | N | T | | | | | |
| 11. BLACKROCK CREDIT STRATEGIES INCOME FUND | D | Dividend | M | T | | | | | |
| 12. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | | None | | | Sold | 07/06/20 | M | A | |
| 13. PIMCO INCOME FUND | D | Dividend | M | T | | | | | |
| 14. PIMCO SHORT TERM FUND | B | Dividend | | | Buy | 01/27/20 | M | | |
| 15. | | | | | Sold | 12/03/20 | M | B | |
| 16. PIMCO TOTAL RETURN FUND | E | Dividend | N | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. STOCKS: (H) | | | | | | | | | |
| 19. CHEVRON CORP NEW | B | Dividend | K | T | | | | | |
| 20. EXXON MOBIL CORP | C | Dividend | K | T | | | | | |
| 21. 3M COMPANY | B | Dividend | M | T | Buy (add'l) | 12/07/20 | K | | |
| 22. AFLAC INC | B | Dividend | L | T | | | | | |
| 23. AIR PRODUCTS & CHEMICALS INC | B | Dividend | | | Sold | 07/23/20 | M | E | |
| 24. AUTOMATIC DATA PROCESSING INC | B | Dividend | L | T | | | | | |
| 25. BROWN-FORMAN CORP | A | Dividend | | | Sold | 01/08/20 | L | E | |
| 26. CARDINAL HEALTH INC | C | Dividend | M | T | Buy (add'l) | 12/04/20 | L | | |
| 27. CHEVRON CORP | C | Dividend | L | T | | | | | |
| 28. COMMERCE BANCSHARES INC | B | Dividend | L | T | | | | | |
| 29. DONALDSON COMPANY | A | Dividend | | | Sold | 01/06/20 | L | D | |
| 30. EMERSON ELECTRIC CO | B | Dividend | L | T | | | | | |
| 31. GENERAL DYNAMICS CORP | A | Dividend | | | Sold | 03/20/20 | L | | |
| 32. ILLINOIS TOOL WORKS INC | A | Dividend | | | Sold | 01/06/20 | L | D | |
| 33. INVESCO EMERGING MARKETS SOVEREIGN DEBT PORTFOLIO ETF | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ISHARES EDGE MSCI MINIMUM VOLATILITY EMERGING MARKETS ETF | B | Dividend | L | T | | | | | |
| 35. ISHARES TR S&P 500 GROWTH ETF | A | Dividend | M | T | Buy | 07/06/20 | M | | |
| 36. LOWES COMPANIES INC | B | Dividend | M | T | | | | | |
| 37. MCDONALDS CORP | B | Dividend | | | Sold | 08/31/20 | L | D | |
| 38. MEDTRONIC PLC | B | Dividend | L | T | | | | | |
| 39. PEPSICO INC | B | Dividend | L | T | | | | | |
| 40. PRUDENTIAL FINL INC COM | D | Dividend | M | T | Buy | 03/11/20 | L | | |
| 41. RAYTHEON TECHNOLOGIES CORP | B | Dividend | L | T | Buy | 03/20/20 | L | | |
| 42. | | | | | Sold (part) | 04/03/20 | J | | |
| 43. SPDR S&P 500 ETF TRUST | D | Dividend | O | T | | | | | |
| 44. STANLEY BLACK & DECKER INC | | None | | | Sold | 01/08/20 | L | D | |
| 45. SYSCO CORPORATION | B | Dividend | L | T | | | | | |
| 46. T ROWE PRICE GROUP INC | B | Dividend | | | Sold | 08/28/20 | L | E | |
| 47. VANGUARD FTSE EMERGING MARKETS ETF | B | Dividend | L | T | | | | | |
| 48. VANGUARD REAL ESTATE ETF | D | Dividend | M | T | | | | | |
| 49. VANGUARD S&P SMALL-CAP 600 GROWTH ETF | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. VANGUARD SMALL-CAP VALUE ETF | B | Dividend | L | T | | | | | |
| 51. WALMART INC | B | Dividend | M | T | | | | | |
| 52. | | | | | | | | | |
| 53. STOCKS: UNLISTED (H) | | | | | | | | | |
| 54. COASTAL CLUB | | None | M | W | | | | | |
| 55. | | | | | | | | | |
| 56. INVESTMENTS/PARTNERSHIPS: (H) | | | | | | | | | |
| 57. WW RURAL PROPERTIES LLC | C | Distribution | K | W | | | | | |
| 58. CENTRAL INDUSTRIAL COMPLEX | | None | J | U | | | | | |
| 59. LAMA LIMITED PARTNERSHIP | | None | J | W | | | | | |
| 60. LAMA '89 LIMITED PARTNERSHIP | | None | J | W | | | | | |
| 61. RENREW MINERALS, LTD | G | Distribution | K | W | | | | | |
| 62. TEE ENERGY, CO., LLC | | None | N | W | | | | | |
| 63. JADOBE INVESTMENTS 2000, LLC | | None | K | W | | | | | |
| 64. JASAN, LLC | E | Distribution | L | W | | | | | |
| 65. PROVEN LEGACY, LLC | | None | M | W | | | | | |
| 66. TENFOLD, INC. | C | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. NEXT IGEN LLC-SERIES A | | None | K | W | | | | | |
| 68. NEXT IGEN LLC-SERIES B | | None | K | W | | | | | |
| 69. NEXT IGEN LLC-SERIES C | A | Distribution | | | Distributed | 08/26/20 | J | | |
| 70. NEXT IGEN LLC-SERIES D | | None | J | W | Buy (add'l) | 12/29/20 | J | | |
| 71. NEXT IGEN LLC-SERIES F | | None | K | W | Buy (add'l) | 12/29/20 | J | | |
| 72. NEXT IGEN LLC-SERIES H | | None | | | Distributed | 12/31/20 | J | | |
| 73. YETA, LLC | F | Distribution | J | W | | | | | |
| 74. DEANSAN, LLC | | None | M | W | Buy (add'l) | 02/18/20 | J | | |
| 75. LOUIS ROSEN WW, LLC | E | Distribution | | | Distributed | 12/14/20 | K | | |
| 76. WW URBAN PROPERTIES TWO LLC | | None | J | W | | | | | |
| 77. BLACK STONE MINERALS LP | E | Distribution | M | T | | | | | |
| 78. | | | | | | | | | |
| 79. NOTE RECEIVABLES (H) | | | | | | | | | |
| 80. ALLAIN PERSONAL LOAN-NOTE RECEIVABLE | | None | J | U | | | | | |
| 81. SPRINGMAN PERSONAL LOAN-NOTE RECEIVABLE | | None | K | U | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: V-GIFTS: NONE AS TRUE GIFTS, BUT ON A RECIPROCAL BASIS-I ACCEPT INVITATIONS FOR HUNTING OR FISHING WITH FRIENDS WHO I INVITE TO HUNT OR FISH WITH ME. SOME SUCH RECIPROCAL INVITORS/INVITEE, ARE ATTORNEYS, MANY OF WHOM WERE FRIENDS AND HUNTING OR FISHING PARTNERS BEFORE I BECAME A JUDGE. I NEVERTHELESS RECUSE MYSELF WHEN SUCH FRIENDS ARE REPRESENTING CLIENTS BEFORE THIS COURT.

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 06/30/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACQUES L. WIENER, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544